■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC D. McGILL, Appellant. [939 NYS2d 903]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered February 23, 2010. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.